### In the Matter of David J. SOKOLOWSKI, Respondent.

### No. 20S00–1410–DI–635.

Supreme Court of Indiana.

Jan. 16, 2015.

*PUBLISHED ORDER SUSPENDING RESPONDENT FROM THE PRACTICE OF LAW IN INDIANA FOR NONCOOPERATION*

On October 24, 2014, this Court ordered Respondent to show cause why Respondent should not be immediately suspended from the practice of law in this state for failure to cooperate with the Commission's investigation of a grievance, No. 14–2007, filed against Respondent. The order required that Respondent show cause in

writing within ten days of service of the order. Respondent has not submitted a response to the Court's order to show cause. On November 20, 2014, the Commission filed a "Request for Ruling and to Tax Costs" asserting that Respondent still has not cooperated.

Being duly advised, the Court ORDERS that **Respondent be suspended from the practice of law for noncooperation with the Commission, effective immediately.** Pursuant to Admission and Discipline Rule 23(10)(f)(3), this suspension shall continue until: (1) the Executive Secretary of the Disciplinary Commission certifies to the Court that Respondent has cooperated fully with the investigation; (2) the investigation or any disciplinary proceedings arising from the investigation are disposed of; or (3) until further order of this Court, provided there are no other suspensions then in effect. Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26).

Finally, recognizing the imposition of costs against Respondent in a separate order being issued today in *Matter of Sokolowski,* No. 20S00–1410–DI–634, the Court declines to separately order a reimbursement of costs in this matter.

All Justices concur.